THE INDIANAPOLIS AND CINCINNATI R. R. Co. v. SMITHER

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, for the reason given in the cases of the same company against *Wilsey* and against *Toon*, at the present term, [*infra.*]

The judgment is affirmed with costs.

*Thomas A. Hendricks, Oscar B. Hord,* and *Scobey & Pound,* for the appellant.

*R. L. Walpole,* for the appellee.